[No. 42010-4-II. Division Two. January 16, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN DAVID WILES, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 10-1-04761-3, Linda CJ Lee, J., entered April 15, 2011. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Quinn-Brintnall and Penoyar, JJ.

[No. 42184-4-II. Division Two. January 16, 2013.]

*In the Matter of the Marriage of* JAMES P. RAMEY, *Respondent*, and GLORIA L. RAMEY, *Appellant*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 08-3-00032-2, Kenneth D. Williams, J. Pro Tem., entered April 28, 2011. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Johanson, A.C.J.; Quinn-Brintnall, J., concurring in the result by separate opinion.

[No. 42298-1-II. Division Two. January 16, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. AARON MICHAEL HUDSPETH, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 11-1-00182-6, Paula Casey and Gary R. Tabor, JJ., entered June 28, 2011. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Quinn-Brintnall and Penoyar, JJ.

[No. 42312-0-II. Division Two. January 16, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. KRYSTAL MARIE TURNER, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 11-1-00408-2, Barbara D. Johnson, J., entered June 24, 2011. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Quinn-Brintnall and Van Deren, JJ.